UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **CLARENCE HOLCOMB,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO. 3:17-CV-694-GNS |
| | ) |
| **SAFELITE GROUP, INC.,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now Plaintiff, Clarence Holcomb ("Plaintiff"), by counsel, Safelite Group, Inc. ("Defendant"), by counsel, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), hereby stipulate and agree that this cause of action and all claims asserted in the above-referenced cause are hereby dismissed with prejudice, pursuant to settlement, with each party to bear their own costs, expenses, and attorneys' fees.

Respectfully submitted,                              Respectfully submitted,

/s/ Mauricus R. Lofton                               /s/ George L. Stevens (admitted *pro hac vice*)
Andrew Dutkanych                                     Daniel J. Clark (admitted *pro hac vice*)
Mauricus R. Lofton                                   George L. Stevens
Biesecker, Dutkanych & Macer, LLC                    Vorys Sater Seymour and Pease LLP
101 N. Seventh Street                                52 E. Gay Street, PO Box 1008
Louisville, KY 40202                                 Columbus, OH 43216-1008
Telephone: (502) 561-3484                            Telephone: (614) 464-6436
Facsimile: (812) 424-1005                            Facsmile: (614) 719-4650
Email: ad@bdlegal.com                                Email: djclark@vorys.com
       mlofton@bdlegal.com                                  glstevens@vorys.com

*Counsel for Plaintiff,*                             *Counsel for Defendant,*
*Clarence Holcomb*                                   *Safelite Group, Inc.*