# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| **CLARENCE HOLCOMB** | : | |
| **PLAINTIFF** | : | Civil Action No. 3:17CV-00694-GNS |
| v. | : | |
| **SAFELITE GROUP, INC.** | : | |
| **DEFENDANT** | : | |

## ORDER OF DISMISSAL

Pursuant to the "Joint Stipulation of Dismissal With Prejudice" (DN 21);

IT IS ORDERED that said action is DISMISSED with prejudice and is stricken from the Court's docket.

**Greg N. Stivers, Judge**
**United States District Court**

September 25, 2018

cc: Counsel of Record